UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORLANDO DEMETRIUS MITCHELL,

    Plaintiff,

v.

KALAMAZOO COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 1:14-cv-824

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Defendant Kalamazoo County Sheriff's Department filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 22, 2016, recommending that this Court grant Defendant's motion and dismiss this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 41) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 20) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.


Dated: February 18, 2016                     /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge